UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AJ RUIZ CONSULTORIA EMPRESARIAL S.A., solely as Judicial Administrator and foreign representative of SCHAHIN HOLDING S/A, et al., <br><br>                              Plaintiff, <br><br> -against- <br><br> BANK OF CHINA LIMITED., *et al.*, <br><br>                              Defendants. | 24-CV-3497 (JGLC) <br><br> **ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

Plaintiff moves to amend party name and case caption to reflect the name change of Defendant Dexia Crédit Local SA to "Dexia SA" ("Dexia"). ECF No. 14. This unopposed motion is GRANTED.

Defendant Dexia SA moves to substitute itself for Dexia Crédit Local, New York Branch. ECF No. 17. This unopposed motion is also GRANTED.

The Clerk of Court is directed to amend the party name for Defendant Dexia Crédit Local SA to "Dexia SA" and to terminate Defendant Dexia Crédit Local, New York Branch. The Clerk of Court is also directed to terminate ECF Nos. 14 and 17.

Dated: August 21, 2025
       New York, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge